IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FLOYD T. SMITH,                       *
                                      *
              Plaintiff,              *
vs.                                   *        No. 4:18-cv-00880-SWW
                                      *
                                      *
MAJOR GENERAL KENDALL W.              *
PENN,                                 *
                                      *
              Defendant.              *

## ORDER

The motion [doc.#9] of Floyd T. Smith to substitute Major General Kendall W. Penn as defendant in place of Lieutenant General Mark Berry is granted. See Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").

IT IS SO ORDERED this 16th day of August 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE