# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| FLOYD T. SMITH | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:18CV00880 SWW |
| | * | |
| MAJOR GENERAL KENDALL W. | * | |
| PENN, the Adjunct General for the | * | |
| State of Arkansas | * | |
| DEFENDANT | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims under Title VII of the Civil Rights Act of 1964, as amended, are DIMISSED WITH PREJUDICE, and Plaintiff's supplemental state law claim is dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). This action is dismissed in its entirety.

IT IS SO ORDERED THIS 7TH DAY OF JULY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE